■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STACEY A. FABRIZIO, Admitted on September 21, 1992, at a Term of the Appellate Division, First Department. [699 NYS2d 666] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [See, 240 AD2d 106.]

■ In the Matter of MICHAEL MARKOVITCH, a Suspended Attorney. [699 NYS2d 667] —Application for reinstatement granted to the extent of referring this matter to a Referee to conduct a hearing pursuant to Rules of this Court (22 NYCRR) part 605, as indicated. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Mazzarelli and Saxe, JJ.